# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:  Olugbenga O Rowaiye<br>        Karen L Rowaiye<br><br>                    Debtors | Case no. 14-46292<br><br>Chapter 13<br><br>Judge:  Janet S. Baer |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

| | |
|---|---|
| Olugbenga O Rowaiye<br>Karen L Rowaiye<br>1622 S Norbury Ave<br>Lombard, IL  60148 | Sulaiman Law Group<br>900 Jorie Blvd #150<br>Oak Brook,IL 60523 |

Please take notice that on Friday, February 24, 2017 at  9:15 am, a representative of this office shall appear before the Honorable Judge Janet S. Baer at the Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, IL 60134 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtors by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Tuesday, January 31, 2017.

/s/ Melissa Shanklin

For:  Glenn Stearns, Trustee

---

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtors filed a petition under the Bankruptcy Code on December 31, 2014.
2. The debtors plan was confirmed on May 15, 2015.

A Summary of the debtors plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $1,341.00 | Last Payment Received: | June 13, 2016 |
| Amount Paid: | $22,797.00 | Amount Delinquent: | $10,728.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtors with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee            /s/  Carolyn A. Suzzi
801 Warrenville Road, Suite 650              For:  Glenn Stearns, Trustee
Lisle, IL  60532-4350
Ph:  (630) 981-3888